UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

ALTON BATES, ROBERT IVORY
LEVY, and JUANITA ANDERSON
HILTON

CRIMINAL ACTION

NO. 08-151-BAJ-DLD

## ORDER

This matter is before the Court on the Government's Motion for an Order Authorizing Depositions and Production of Documents, and, pursuant to 21, U.S.C. § 853(m) and Fed.R.Crim.P. 32.2(b)(3), and for the reasons stated herein:

**IT IS HEREBY ORDERED** that the United States issue a notice of deposition and request for production of documents to the defendant, Alton Bates, and to his wife, Juanita Bates, for the purpose of locating and identifying property subject to forfeiture under this Court's Judgment and Order of Forfeiture of March 16, 2011.

**IT IS FURTHER ORDERED** that Alton Bates and his wife, Juanita Bates, be served with a notice of deposition and shall appear at the time and place designated and shall be deposed before a court reporter authorized to administer oaths. Subject to continuances or adjournment from time to time, the witness shall remain until the deposition has been completed.

**IT IS FURTHER ORDERED** that Alton Bates, and his wife, Juanita Bates, shall produce any and all designated books, papers, documents, and other material

not privileged, including any and all documents that pertain to all assets of the defendant, Alton Bates, whether held in the defendant's name or in the name of Juanita Bates, that they may be requested by the United States.

Baton Rouge, Louisiana, March 23, 2011.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA